

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2023

No. 04-22-00771-CR

**EX PARTE** Jorge Alberto **ATAYE GUTIERREZ**

From the County Court, Kinney County, Texas
Trial Court No. 10471CR
Honorable Tully Shahan, Judge Presiding

# O R D E R

On January 24, 2023, appellant filed an unopposed motion requesting an extension of time to file appellant's reply brief. Appellant's motion is GRANTED. Appellant's brief is due no later than March 1, 2023. Further requests for extension of time will be disfavored.

It is so **ORDERED** February 1, 2023.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT